IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
FEB 27 2008
Clerk, U.S. District Court
Deputy Clerk

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) CASE NO. 08-20022 JWL/JPO
v. )
) FILED UNDER SEAL
KENNY COLLINS, )
)
Defendant. )

SEALED / unsealed

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about December 30, 2006, in the District of Kansas, and elsewhere, the defendant,

### KENNY COLLINS,

did unlawfully, knowingly, and intentionally use facilities of interstate commerce, that is a computer, and a telephone, to attempt to knowingly persuade, induce, entice or coerce an individual who had not attained the age of 18 years old, to engage in sexual activity for which any person could be charged with a criminal offense in that, the defendant used his computer to engage a girl he knew had not attained the age of 18 years in graphically sexual conversation in an attempt to convince her to have sexual intercourse, in violation of Title 18 United States Code Section 2422(b) and 18 United States Code 2427.

## COUNT 2

On or about March 5, 2005, in the District of Kansas, and elsewhere, the defendant,

**KENNY COLLINS,**

did unlawfully, knowingly, and intentionally use facilities of interstate commerce, that is a computer, and a telephone, to attempt to knowingly persuade, induce, entice or coerce an individual who had not attained the age of 18 years old, to engage in sexual activity for which any person could be charged with a criminal offense in that, the defendant used his computer to engage a girl he knew had not attained the age of 18 years in graphically sexual conversation in an attempt to convince her to have sexual intercourse, in violation of Title 18 United States Code Section 2422(b) and 18 United States Code 2427.

## COUNT 3

On or about July 13, 2005, in the District of Kansas, and elsewhere, the defendant,

**KENNY COLLINS,**

did unlawfully, knowingly, and intentionally use facilities of interstate commerce, that is a computer, and a telephone, to attempt to knowingly persuade, induce, entice or coerce an individual who had not attained the age of 18 years old, to engage in sexual activity for which any person could be charged with a criminal offense in that, the defendant used his computer to engage a girl he knew had not attained the age of 18 years in graphically sexual conversation in an attempt to convince her to have sexual intercourse, in violation of Title 18 United States Code Section 2422(b) and 18 United States Code 2427.

A TRUE BILL.

DATED: 2/27/08

_____
FOREPERSON

_____
ERIC F. MELGREN
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
1200 Epic Center
301 N. Main
Wichita, Kansas 67202
KS S.Ct. No.12430

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

The Court acknowledges the return of this indictment in open court.

_____
UNITED STATES DISTRICT JUDGE

3

**PENALTIES:**

**Count 1**     **18 U.S.C. § 2422(b)**
Use of a communication facility to attempt to coerce a minor to engage in sexual activity.

- NLT 10 years imprisonment or more than life imprisonment
- $250,000.00 Fine;
- NLT 5 years and not more than life SR
- $100.00 Special Assessment Fee


**Count 2**     **18 U.S.C. 2422(b)**
Use of a communication facility to attempt to coerce a minor to engage in sexual activity.

- NLT 10 years, or more than life imprisonment
- $250,000 Fine
- NLT 5 years and not more than life SR
- $100 Special Assessment Fee


**Count 3**     **18 U.S.C. 2422(b)**
Use of a communication facility to attempt to coerce a minor to engage in sexual activity.

- NLT 10 years, or more than life imprisonment
- $250,000 Fine
- NLT 5 years and not more than life SR
- $100 Special Assessment Fee